Court of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

82,877-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

March 30, 2015

Re: Moreno, Patrick De La Cruz
 v.
Henderson, Gayle
WR-82,877-01; Tr. Ct. No. P-3061-112-CR;
P-3156-112-CR.
App. No. 08-12-00028-CR.

Dear Mr. Acosta:
   I am respectfully inquiring about the status of my case to the style and writ number above which was received and presented to this Honorable Court on 02/12/2015.
   This is an inquiry only if the Court has come to a decision on my case, pursuant to Tex. R. App. P. 77.4(a). I just don't want to be caught sleeping on my rights. See In re Wilson, 442 F.3d 872, 875 (5th Cir. 2006).
   Your time and consideration on this matter is greatly appreciated. Thank You.

Respectfully yours,

Patrick D. Moreno, Petitioner-Pro Se
TDCJ No. 01752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

XC:
PMoreno/File